**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Maranda Wright, Daniel King, and Steven Sherman,
Defendants,

Of whom Steven Sherman is the Appellant

and

Maranda Wright and Daniel King are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000213

———————————

Appeal From Oconee County
Edgar H. Long, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-296
Submitted October 23, 2020 – Filed October 28, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Robert Mills Ariail, Jr., of The Law Office of R. Mills Ariail, Jr., of Greenville, for Respondent Maranda Wright.

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, for Respondent Daniel King.

Kimberly Welchel Pease, of Kimberly R. Welchel, Attorney at Law, of Seneca, for the Guardian ad Litem.

--------

**PER CURIAM:** Steven Sherman appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Sherman's counsel.

**AFFIRMED.**[1]

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.